UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

MARIA VELAZQUEZ et al.,

:
:

Plaintiffs,

:
:
:

-v-

:
:

THE CITY OF NEW YORK, et al.,

:
:

Defendants.

:
:

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/02/2026

25-cv-10710 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties are directed to inform the court by joint letter no later than June 9, 2026 informing the Court as to how this case should be managed alongside the related case, *Velazquez v. The City of New York*, Dkt. No. 25-cv-10699 (S.D.N.Y. Filed December 24, 2025), including whether the cases should be consolidated and whether the Court should adopt same case management plan in both cases.

SO ORDERED.

Dated: June 2, 2026
       New York, New York

_____
            LEWIS J. LIMAN
       United States District Judge