**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**STEVEN BANKS**
*Corporation Counsel*

**MICHAEL FUTRAL**
*Assistant Corporation Counsel*
Tel.: (212) 356-1643
Fax: (212) 356-3509
mifutral@law.nyc.gov

September 10, 2026

**By ECF**
District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Maria Velazquez et al. v City of New York et. al.,*
25 Civ. 10710 (LAP)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys for defendants City of New York and former New York City Police Department Officers Falzarano, Carboni, Potter, Litrenta, and Mooney ("Defendants") in the above-referenced matter. I write, with the consent of Plaintiffs' counsel, to respectfully request a brief three-day extension of time, from September 15, 2026 to September 18, 2026, to file their motion to dismiss Plaintiffs' Complaint. This is the first request for an extension of time for Defendants to file their motion to dismiss.

Defendants respectfully request this brief extension of time as additional time is necessary for Defendants to finalize their moving papers. Additionally, as the Court is likely aware, on September 15, 2026, the current deadline for Defendants' motion to dismiss in this case, the parties are scheduled to appear before Your Honor in the related matter of *Jon-Adrian Velazquez v. City of New York et al.,* 25 Civ. 10699 (LJL) for an in-person status conference to discuss discovery in that case. For these reasons, Defendants respectfully request an additional three days to serve and file their moving papers. To the extent the Court is inclined to grant the within request, Defendants respectfully request that the briefing schedule, as set forth in the Court's June 6, 2026 Order, be adjusted as follows:

- Deadline for Defendants to serve and file their motion to dismiss adjusted from September 15, 2026 to September 18, 2026;
- Deadline for Plaintiffs to serve and file their opposition adjusted from November 16, 2026 to November 19, 2026;

- Deadline for Defendants to serve and file their reply adjusted December 16, 2026 from December 21, 2026. [1]

For the reasons set forth above, Defendants respectfully request a brief extension of the briefing schedule for their motion to dismiss. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Michael Futral

Michael Futral
Assistant Corporation Counsel
Special Federal Litigation Division

cc: All counsel by ECF

[1] Three days from December 16, 2026, falls on Saturday, December 19, 2026. Accordingly, Defendants respectfully request that their reply deadline be extended until Monday, December 21, 2026.